UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:07CV00039

| | |
|---|---|
| KAYSER-ROTH CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD BRIGGS and | ) |
| HUE HOME, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ENTRY OF DEFAULT

WHEREAS, it has been made to appear to the undersigned by affidavit or otherwise, that defendant Hue Home, LLC has failed to plead and that defendant Hue Home, LLC is neither an infant nor incompetent;

NOW, THEREFORE, default is hereby entered against defendant Hue Home, LLC in this action as provided by Rule 55(a) of the Rules of Civil Procedure.

This the 17th day of April, 2007.

/s/ John S. Brubaker
Clerk of Court